CLEAR FORM

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

GARY V. JENKINS, pro se
PLAINTIFF

III Thornton Drive
Address (No Post Office Boxes)

Jonesboro      GA   30236
City                State    Zip Code

**Case: 1:23-cv-02829 JURY DEMAND**
Assigned To : Unassigned
Assign. Date : 9/25/2023
Description: Pro Se Gen. Civ. (F-DECK)

VS.

Dr. Emily A. Daniell, et al.

DEFENDANT

Jury Trial: [X] Yes  [ ] No

500 EXCHANGE STREET   —

Address (No Post Office Boxes)

PROVIDENCE , RI 02903   —
City

COMPLAINT

Plaintiff avers that DEFENDANTS are ASSAULTING PLAINTIFF. Fourteenth
Amendment violations include : 1) Invidious Disparate Treatment. 2) Producing
false medical records.  3) Human Rights Violations.
Damages include: Lost Productivity and Mental Exhaustion.

Relief Requested:

$200,000.00
or policy maximum.

**RECEIVED**
SEP 25 2023
Clerk, U.S. District and
Bankruptcy Courts

Original Signature (in pen)
GARY  V. JENKINS
Name (if applicable, Prisoner ID No.)
III Thornton Drive

_Et al._

Blue Cross & Blue Shield of Rhode Island

500 Exchange Street

Providence RI 02903

CVS

One CVS Drive, Woonsocket, RI 02895

Office of President Joe Biden

— next page continued —

Roger Williams Medical Center, 825 Chalkstone Ave.; Providence, RI 02908

Providence VA medical Center, 830 Chalkstone Ave., Providence, RI 02908

Rhode Island Rhode Island Hospital 593 eddy St., Providence, RI 02903

Brigham and Women's Hospital Boston, 75 Francis St., Boston, MA 02115

Providence Fire Department, 325 Washington St., Providence, RI 02903

via BCBS, 500 EXCHZNGE ST. PROVIDENCE RI 02903

Massachusetts South Coast Urgent Care Center

Dr. Peter Margolis

Dr. Lorna Russell

Dr. Lucas Thomas Bartone

Dr. Tracy O'Leary-Tevyaw

Dr. Keratin L. Charpentier

Dr. BJ Drew Vi

Dr. Rachael L. Caiati

Dr. Rhonda Surette

Dr. Gary K. Lundstrom

Dr. David Quigley

Dr. Laurie Harris

Dr. Dennis L. Priolo

Dr. Jonathan Bell

Dr. Emily A. Daniell

Dr. Brad M. Ciano

Dr. Kimberly G Kralicky

Dr. Granary Dabiri

Dr. Thomas F. Bliss

Dr. Elizabeth Matzkin

Dr. Christopher Chiodo

Dr. Anna Feleke

Dr. Michael A. Reuter

Dr. Jeremy Smith

Dr. Alison A. Fischer

Dr. Elizabeth R. Wassenaar

Dr. Gautama Jindal

Dr. Jamieson V. Cohn

Service pending to:

Blue Cross & Blue Shield of Rhode Island

500 Exchange Street

Providence RI 02903

CVS

One CVS Drive, Woonsocket, RI 02895

Office of President Joe Biden

Roger Williams Medical Center, 825 Chalkstone Ave., Providence, RI 02908

Providence VA medical Center, 830 Chalkstone Ave., Providence, RI 02908

Rhode Island Rhode Island Hospital 593 eddy St., Providence, RI 02903

Brigham and Women's Hospital Boston, 75 Francis St., Boston, MA 02115

Providence Fire Department, 325 Washington St., Providence, RI 02903

via BCBS, 500 EXCHZNGE ST, PROVIDENCE RI 02903

Massachusetts South Coast Urgent Care Center

Dr. Peter Margolis

Dr. Lorna Russell

Dr. Lucas Thomas Bartone

Dr. Tracy O'Leary-Tevyaw

Dr. Keratin L. Charpentier

Dr. BJ Drew Vi

Dr. Rachael L. Caiati

Dr. Rhonda Surette

Dr. Gary K. Lundstrom

Dr. David Quigley

Dr. Laurie Harris

Dr. Dennis L. Priolo

Dr. Jonathan Bell

Dr. Emily A. Daniell

Dr. Brad M. Ciano

Dr. Kimberly G Kralicky

Dr. Granary Dabiri

Dr. Thomas F. Bliss

Dr. Elizabeth Matzkin

Dr. Christopher Chiodo

Dr. Anna Feleke

Dr. Michael A. Reuter

Dr. Jeremy Smith

Dr. Alison A. Fischer

Dr. Elizabeth R. Wassenaar

Dr. Gautama Jindal

Dr. Jamieson V. Cohn